ACCEPTED
03-14-00463-CV
3609441
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 10:31:07 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00463-CV

| | | |
|---|---|---|
| DON & CAROL TITEL, Appellants | § | IN THE THIRD |
| | § | COURT OF APPEALS. |
| v. | § | TEXAS |
| MORRIS & LISA MELCHOR, Appellees | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 10:31:07 PM
JEFFREY D. KYLE
Clerk

## MOTION TO EXTEND TIME TO FILE BRIEF

Comes now Appellant, by and through counsel, to move to extend the deadline for filing a brief in this appeal. As grounds therefor, Counsel would show:

1. Current Deadline: January 2, 2014.

2. Requested Extension: 60 days *after* a complete clerk's record is filed.

3. Reasons for Extension:

   A. Incomplete Clerk's Record. Due to no fault of plaintiff, the trial clerk failed to include several summary judgment proofs. Appellant's counsel had painstakingly listed each summary judgment proof needed for this appeal, as required. By letter, attached to this motion, counsel is directing the trial clerk to supplement her record as TRAP 34.5(c)(1) directs.

   B. Busy trial schedule. Sixty days is requested because Counsel has two jury trials and other lesser matters scheduled for January. Counsel had planned to write his brief during the slow period of the holiday season, but due to the incomplete record, will now have to wait for the supplement, which may be filed during a very busy January.

4. One previous extension to file a brief has been requested and granted.

## PRAYER

1

WHEREFORE, Defendant prays this motion be granted and the Court extend the time for filing appellant's brief.

Respectfully submitted,

Paul C. Velte IV
Attorney for Appellants
109 E. Hopkins St., Ste. 204
San Marcos, TX 78666
512-353-2299
512-476-9504 FAX
Email: velte@ptexans.com
Bar #20541700

## CERTIFICATE OF CONFERENCE

Counsel for Appellant hereby certifies he has conducted a conference with counsel for Appellee, Jay Lea, regarding Appellant's Motion to Extend Time, and counsel for Appellee has stated he opposes said motion.

Paul C. Velte IV

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document upon Jay Lea, Counsel for Appellee, Naman, Howell, Smith & Lee, 8310 Capital of Texas Hwy. North, Ste. 490, Austin, TX 78731, by facsimile transmission the date of filing to: 512-474.1901 or by e-service.

Paul C. Velte IV

# PAUL C. VELTE IV
### LAWYER & COUNSELOR

109 E. HOPKINS STREET
SUITE 204
SAN MARCOS, TEXAS 78666

E-mail: velte@ptexans.com
Phone 512-353-2299
fax 512-476-9504



Dec. 27, 2014

Travis County Clerk
ATTN: A. DeShay

Re: Incomplete Clerk's Record
Appellate Cause #03-14-00463-CV
Cause #C-1-CV-14-004232 (after severance)
Cause #C-1-CV-12-008224 (before severance)

Dear Ms. DeShay:

On August 5, 2014, I designated items to be included in your record on appeal. Fourteen of those items were not included in the record you filed with the Third Court of Appeals. Pursuant to rule 34.5(c)(1) of the Texas Rules of Appellate Procedure, I am requesting you to supplement your record with the following items.

I implore you to call me if you have any problem identifying these items that I need included. For ease of reference, I provided a description of each exhibit to Plaintiff's Proofs and include in parentheses the original .pdf file name that was used when e-filing same with your office. After reviewing the 843 page document you filed with the Court of Appeals, I find the following items were not included.

Missing Summary Judgment Proofs:

1. Fire Marshall's Report ("Cert Copy of Fire Marshal Rpt.PDF")
2. Deposition excerpts of:
   1) Jeremy Melchor ("Depo Excerpts - Jeremy Melchor.PDF")
   2) Lisa Melchor ("Depo Excerpts - Lisa Melchor_New.PDF")
   3) Morris Melchor ("Depo Exerpts - Morris Melchor.pdf") with Deposition Exhibits 1 and 2 ("MM Depo Exh 1.PDF" and " MM Depo Exh 2.PDF")
   4) Mandy Edwards ("Depo Excerpts - Mandy Edward_New.PDF")
3. Affidavit of Amanda Benedict ("Affidavit_Amanda Benedict.pdf")
4. Affidavit of Royce Reid ("Affidavit_Reid.pdf")
5. Affidavit of Dean Shoemaker ("Affidavit_Shoemaker.pdf")

Furthermore, while you did include the following deposition transcripts, you did not include the exhibits, which were listed in my previous designation as follows (missing items are in red):

1.      Deposition of Fire Marshall Daniel Berger ("Berger, Daniel Depo.PDF") with exhibits 4 and 6 ("Berger Depo Exhibit 4.pdf" and " Berger Depo Exhibit 6.pdf")

2.      Deposition of Jose Rodriguez ("Rodriguez, Jose Depo.PDF") with exhibit 2 ("Rodriguez Depo Exhibit 2.pdf")

Please do NOT re-copy the entire depositions.  At the cost of $1 per page that would unnecessarily increase the cost of the supplemental record; please just include the missing exhibits.

Sincerely yours,

Paul C. Velte IV

cc:
Clerk, Third Court of Appeals
Dana Debeauvoir